PEOPLE ex rel. LYONS v. STRAUSS et al.

(Superior Court of New York City, General Term.   May 1, 1893.)

DISMISSAL OF POLICEMEN—REVIEW ON CERTIORARI.
    The action of the board of park commissioners in dismissing a policeman will not be reversed on certiorari where the evidence, though circumstantial, is sufficient to show that he rode at an unusually rapid rate through a street, and knocked down and injured a citizen.

Certiorari on the relation of William G. Lyons against Nathan Strauss and others, park commissioners of the park department of the city of New York, to review the judgment of respondents dismissing relator from the police force of said department. Writ dismissed.

Argued before SEDGWICK, C. J., and FREEDMAN and McADAM, JJ.

L. J. Grant, for relator.

W. H. Clark, for respondent.

PER CURIAM. The identification of the relator as the person who had ridden at an unusual and rapid rate of speed through Seventy-Second street, and knocked down and injured a citizen, was by evidence of a circumstantial character, but it was sufficient. There was abundant evidence that the reckless rider wore the uniform of a mounted park police officer, and according to the testimony of Officers Purcell and Hoey, and the stableman, Jacob Smith, which was believed by the board of commissioners, the relator must have been the man. The judgment should be affirmed, and the writ dismissed, with $50 costs and disbursements to the respondents. All concur.